DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 276295)
roman@yeremianlaw.com
2540 Foothill Blvd., Suite 201
La Crescenta, California 91214
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

DAVTYAN LAW FIRM, INC.
Emil Davtyan (SBN 299363)
emil@davtyanlaw.com
400 N. Brand. Suite 700
Glendale, CA 91203
Telephone: (818) 875-2008
Facsimile: (818) 722-3974

Attorneys for Plaintiff
SASHA BALABANOFF

[Additional counsel and party listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA BALABANOFF, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLASSIC VACATIONS, LLC, a Nevada limited liability company; EXPEDIA, INC., a Washington corporation; EXPEDIA GROUP, an entity of unknown form; CLASSIC CUSTOM VACATIONS, an entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: 3:21-cv-08362-MMC<br><br>CLASS ACTION<br><br>Assigned For All Purposes To:<br>Honorable Maxine Chesney<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>Complaint Filed: September 23, 2021<br>Removed: October 28, 2021 |

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Eric M. Steinert (SBN 168384) |
| 2 | esteinert@seyfarth.com |
| | Elizabeth J. MacGregor (SBN 267326) |
| 3 | emacgregor@seyfarth.com |
| | Sean P. Piers (SBN 305607) |
| 4 | spiers@seyfarth.com |
| 5 | Isabella D. Reyes (SBN 313115) |
| | ireyes@seyfarth.com |
| 6 | 560 Mission Street, 31st Floor |
| | San Francisco, California 94105 |
| 7 | Telephone: (415) 397-2823 |
| 8 | Facsimile: (415) 397-8549 |
| 9 | Attorneys for Defendant |
| | CLASSIC VACATION, LLC |
| 10 | |
| 11 | K&L GATES LLP |
| | Todd L. Nunn (SBN 320687) |
| 12 | Todd.nunn@klgates.com |
| 13 | 4 Embarcadero Center, Suite 1200 |
| | San Francisco, California 941111 |
| 14 | Telephone: (415) 882-8200 |
| 15 | Attorneys for Defendant |
| | Expedia, Inc and Expedia Group, Inc |
| 16 | |

[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the complaint and any and all claims for relief in the above-referenced matter, United States District Court, in the Northern District of California, Case 3:21-cv-08362-MMC is hereby dismissed without prejudice.

Dated: June 20, 2023

_____
Hon. Maxine Chesney
Judge of the U.S. District Court